**E-FILED on** 05/10/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN GAMBLE and VERONICA GAMBLE<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC, And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud Upon Plaintiff's Title Thereto, Does 1-100,<br><br>Defendants. | No. C-08-05532 RMW<br><br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS<br><br>**Re Docket Nos. 19, 21, 23** |

Defendants GMAC Mortgage Corporation and Ocwen Loan Servicing, LLC's motions to dismiss are granted. Plaintiffs shall have 30 days leave to amend. It appears that plaintiffs are alleging breach of a first or second forbearance agreement. However, the pleading as it now stands is insufficient to set forth the basis of plaintiffs' claims. Plaintiffs must allege the terms of the forbearance agreement, plaintiffs' compliance with those terms, and defendants' breach of some term of the forbearance agreement. The court recognizes that plaintiffs apparently have alternative theories under which they seek recovery. However, plaintiffs must plead facts demonstrating how defendants are liable under the alternative theories.

DATED:    05/10/2009

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

William B. Look          look_mtr@sbcglobal.net

**Counsel for Defendants:**

Alice Marie Dostalova    amdostalova@wolfewyman.com
Eric D. Houser           ehouser@houser-law.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     05/10/2009                          JAS
                                          **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**