*E-FILED - 8/28/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN GAMBLE and VERONICA GAMBLE,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION; OCWEN LOAN SERVICING LLC; and All persons claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud upon Plaintiffs' title thereto; and DOES 1-100,<br><br>Defendants. | Case No. 08:cv-005532 RMW<br><br>**[] ORDER TO PLAINTIFFS TO SHOW CAUSE RE DISMISSAL OF THE ACTION FOR FAILURE TO PROSECUTE**<br><br>**Hearing Date:** September 25, 2009<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 6 |

The Case Management Conference came on regularly before the Court on July 31, 2009. Defendants GMAC MORTGAGE, LLC and OCWEN LOAN SERVICING LLC appeared through their respective counsel. Plaintiffs did not appear. Counsel informed the Court that Settlement Agreements between their respective clients and the Plaintiffs are awaiting Plaintiffs' review and execution.

NOW, THEREFORE, the Court ORDERS:

1. Plaintiffs shall appear on September 25, 2009 at 9:00 a.m. to show cause why the Court should not dismiss this action for failure to duly prosecute it.

///

1  2.  The Court hereby sets an Order to Show Cause hearing for the above-stated purpose
2  on September 25, 2009 at 9:00 a.m. in Department 6 of this Court.
3  3.  In the meantime, Plaintiffs may dismiss the action according to the terms of the
4  pending settlement, in which case this hearing shall be vacated.

5  =====================================================================

6  _____

7  _____

8  _____.

9  IT IS SO ORDERED.

11  DATED: 8/28/09                    *Ronald M. Whyte*
12                                    RONALD M. WHYTE
                                      U.S. DISTRICT COURT JUDGE

2

**[] ORDER**
**08:cv-005532 RMW**