**E-FILED on**   10/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN GAMBLE and VERONICA GAMBLE<br><br>        Plaintiffs,<br><br>    v.<br><br>GMAC MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC, And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud Upon Plaintiff's Title Thereto, Does 1-100,<br><br>        Defendants. | No. C-08-05532 RMW<br><br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

    On September 25, 2009 this court held a hearing on an order to show cause why the case should not be dismissed for failure to prosecute after plaintiffs failed to appear at a case management conference. Plaintiffs again did not appear at the order to show cause hearing. Therefore, the court dismisses plaintiffs' complaint for failure to duly prosecute it.

DATED:    10/27/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

William B. Look          look_mtr@sbcglobal.net

**Counsel for Defendants:**

Alice Marie Dostalova    amdostalova@wolfewyman.com
Eric D. Houser           ehouser@houser-law.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/31/09                         JAS
                                          **Chambers of Judge Whyte**