**E-FILED on** 10/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEN GAMBLE and VERONICA GAMBLE<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC, And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud Upon Plaintiff's Title Thereto, Does 1-100,<br><br>Defendants. | No. C-08-05532 RMW<br><br><br><br>JUDGMENT |

On October 31, 2009 the court dismissed this action for plaintiffs' failure to duly prosecute it. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants GMAC Mortgage Corporation and Ocwen Loan Servicing, LLC, and that plaintiffs shall take nothing by way of their complaint.

DATED: 10/31/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

William B. Look          look_mtr@sbcglobal.net

**Counsel for Defendants:**

Alice Marie Dostalova      amdostalova@wolfewyman.com
Eric D. Houser             ehouser@houser-law.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/31/09                             JAS
                                          **Chambers of Judge Whyte**